SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
mdosker@ssd.com
Julie E. Schwartz (CA Bar # 260624)
jeschwartz@ssd.com
One Maritime Plaza, Third Floor
San Francisco, CA  94111
Telephone:     +1.415.954.0200
Facsimile:     +1.415.393.9887

SQUIRE, SANDERS & DEMPSEY L.L.P.
Philip M. Oliss (*Pro Hac Vice*)
poliss@ssd.com
4900 Key Tower,
127 Public Square
Cleveland, OH 44114
Telephone:     +1.216.479.8500
Facsimile:     +1.216.479.8780

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

OTHER PARTIES' COUNSEL SHOWN
ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY, individually, on behalf of the General Public and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a Corporation, ELECTROLUX HOME PRODUCTS, Inc., a Corporation, et al.<br><br>Defendants. | Case No.  C-09-5744-CW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
 CASE NO. C-09-5744-CW

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R.. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference any may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR (*please identify process and provider*)   Mediation

Mediator to be from JAMS, or other private provider, to be selected closer to mediation date.

The parties agree to hold the ADR session by:

the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☒   other requested deadline: 60 days after finality of decision on class certification.

Dated: February 2, 2010          SQUIRE, SANDERS & DEMPSEY L.L.P.


By:        */s/ Mark C. Dosker*
                     Mark C. Dosker

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

- 2 -

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

| | | |
|---|---|---|
| 1 | Dated:  February 2, 2010 | LATHAM & WATKINS LLP |
| 2 | | Darius Ogloza |
| | | Heather Thompson |
| 3 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111-6538 |
| 4 | | Telephone:  (415) 391-0600 |
| | | Facsimile:  (415) 395-8095 |
| 5 | | darius.ogloza@lw.com |
| 6 | | LATHAM & WATKINS LLP |
| | | Mark S. Mester *(Pro Hac Vice)* |
| 7 | | Livia M. Kiser  *(Pro Hac Vice)* |
| | | 233 South Wacker Drive, Suite 5800 |
| 8 | | Chicago, Illinois 60606 |
| | | Telephone:  (312) 876-7700 |
| 9 | | Facsimile:  (312) 993-9767 |
| | | mark.mester@lw.com |
| 10 | | livia.kiser@lw.com |
| 11 | | |
| | | By:   */s/ Livia M. Kiser* |
| 12 | | Livia M. Kiser |
| | | Attorneys for Defendant |
| 13 | | ELECTROLUX HOME PRODUCTS, INC. |
| 14 | | |
| | Dated:  February 2, 2010 | LAW OFFICE OF MARK BOLING |
| 15 | | Mark Boling (CA Bar #101589) |
| 16 | | 21986 Cayuga Lane |
| | | Lake Forest, CA 92630 |
| 17 | | Telephone: (949) 588-9222 |
| | | Facsimile:  (949) 588-7078 |
| 18 | | maboling@earthlink.net |
| 19 | | Clinton A. Krislov (*Pro Hac Vice*) |
| | | clint@krislovlaw.com |
| 20 | | Amy E. Keller (*Pro Hac Vice*) |
| 21 | | amy@krislovlaw.com |
| | | KRISLOV & ASSOCIATES LTD. |
| 22 | | 20 N. Wacker, Ste. 1350 |
| | | Civic Opera House |
| 23 | | Chicago, IL 60606 |
| | | Telephone: (312) 606-0500 |
| 24 | | Facsimile:  (312) 606-0207 |
| 25 | | |
| | | By:     */s/ Mark A. Boling* |
| 26 | | Mark A. Boling |
| | | Attorneys for Plaintiff |
| 27 | | |
| 28 | | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

- - 3 - -

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        ☐ Non-binding Arbitration
        ☐ Early Neutral Evaluation (ENE)
        ☐ Mediation
☒        Private ADR

Deadline for ADR session
        ☐ 90 days from the date of this order
☒        other – private mediation to be held within 60 days after finality of decision on class certification.

IT IS SO ORDERED.

Dated: 2/2/10

_____
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

- - 4 - -

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS