Mark Boling, State Bar No. 101589
maboling@earthlink.net
21986 Cayuga Lane
Lake Forest, CA 92630
(949) 588-9222
(949) 588-7078 [fax]

Clinton A. Krislov / Amy E. Keller
(*Admitted Pro Hac Vice*)
clint@krislovlaw.com / amy@krislovlaw.com
KRISLOV & ASSOCIATES, LTD.
20 N. Wacker, Ste. 1350
Civic Opera House
Chicago, Illinois 60606
(312) 606-0500
(312) 606-0207 [fax]

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN MURRAY, et al.<br>Plaintiff(s),<br><br>v.<br><br>SEARS, ROEBUCK AND CO., et al.<br>Defendants. | Case No. C-09-5744-CW<br>Class Action<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING DATE AND ORDER<br><br>Civil Local Rule 7-12 |

/ / / / /

**IT IS HEREBY STIPULATED** by and between Plaintiff Martin Murray and Defendants Sears, Roebuck and Co. and Electrolux Home Products, Inc. through their respective counsel as follows:

**RECITALS**

1. On December 7, 2009, this action was removed from California state court to this court.

2. On December 21, 2010, this Court issued an Order scheduling a Case Management Conference on May 4, 2010 at 2:00 p.m. in Courtroom 2 of the above-entitled Court.

3. On March 18, 2010, Defendants' Motion to Stay Proceedings was submitted to the Court and as of this date no decision has been made by the Court on said motion.

4. Plaintiff's lead California counsel, Mark Boling, states that he is scheduled out of the country from May 2, 2010 through May 10, 2010 for personal reasons and cannot appear at the Case Management Conference scheduled on May 4, 2010.

5. Plaintiff hereby requests the rescheduling as referred to in this Stipulation. Defendants do not object to it.

Based upon the foregoing recitals, it is hereby stipulated by the parties as follows:

**STIPULATION**

1. It is stipulated that the date for the Case Management Conference be continued from May 4, 2010 to May 11, 2010 at the same time and place.

Dated: April 6, 2010

*/s/ Mark Boling*
Mark Boling
Attorneys for Plaintiff
MARTIN MURRAY

LAW OFFICE OF MARK BOLING
Mark Boling, State Bar No. 101589
maboling@earthlink.net
21986 Cayuga Lane
Lake Forest, California 92630
Telephone: (949) 588-9222
Facsimile: (949) 588-7078

KRISLOV & ASSOCIATES, LTD.
Clinton A. Krislov / Amy E. Keller
(*Pro Hac Vice*)
clint@krislovlaw.com / amy@krislovlaw.com
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

Dated: April 6, 2010

__/s/ Mark C. Dosker__________
Mark C. Dosker
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789) /
Julie E. Schwartz (CA Bar #260624)
mdosker@ssd.com / jeschwartz@ssd.com
One Maritime Plaza, Third Floor
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

SQUIRE, SANDERS & DEMPSEY L.L.P.
Philip M. Oliss (OH Bar #0066528)
poliss@ssd.com
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

Dated: April 6, 2010

__/s/ Mark S. Mester__________
Mark S. Mester
Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

LATHAM & WATKINS LLP
Darius Ogloza / Heather Thompson
darius.ogloza@lw.com /
heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
Mark S. Mester / Livia M. Kiser (*Pro Hac Vice*)
mark.mester@lw.com / livia.kiser@lw.com
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 4/8/2010

Claudia Wilken
United States District Judge