UNITED STATES DISTRICT COURT

Northern District of California

MARTIN MURRAY,

                Plaintiff,

   v.

SEARS, ROEBUCK AND CO. and
ELECTROLUX HOME PRODUCTS, INC.,

                Defendants.
                                     /

No. C 09-05744 CW (MEJ)

**ORDER RE DISCOVERY DISPUTE (DKT. #127)**

## I. INTRODUCTION

Before the Court is joint discovery dispute letter filed on October 19, 2010 by Plaintiff Martin Murray ("Murray") and Defendant Electrolux Home Products, Inc. ("Electrolux") ("Joint Letter," Dkt. #127.) The Joint Letter concerns documents that Electrolux produced to Murray with certain portions designated as "confidential." (Joint Letter at 2.) Plaintiff has requested that Electrolux de-designate certain portions of these documents, but Electrolux argues that it is unduly burdensome to examine each confidential document line-by-line to determine what can be de-designated. *Id.*

Upon review of the parties' letter, the Court finds that Murray's request is not unduly burdensome. As the challenged portion of the production is limited to five pages of documents, the Court finds that the scope of Murray's request is reasonable, and it is not a burden for Electrolux to redact information as necessary for production. Accordingly, the Court DENIES Electrolux's request for a protective order. However, the Court warns Murray that this Order is not intended to set a precedent for future challenges to confidential designations. While recognizing that the scope of the de-designation request here is limited, the Court does not intend to permit burdensome redactions if Murray continues to bring such requests. Any such request must be accompanied by a

strong showing that the information is necessary, rather than just useful, and that the need for the information outweighs the burden of production.

**IT IS SO ORDERED.**

Dated: November 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

2