Mark Boling, State Bar No. 101589
maboling@earthlink.net
21986 Cayuga Lane
Lake Forest, CA 92630
(949) 588-9222
(949) 588-7078 [fax]

Clinton A. Krislov / Eve-Lynn Rapp
(*Admitted Pro Hac Vice*)
clint@krislovlaw.com / eve@krislovlaw.com
KRISLOV & ASSOCIATES, LTD.
20 N. Wacker, Ste. 1350
Civic Opera House
Chicago, Illinois 60606
(312) 606-0500
(312) 606-0207 [fax]

Attorneys for Plaintiff

OTHER PARTIES' COUNSEL
SHOWN ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN MURRAY, et al.<br>Plaintiff(s),<br><br>v.<br><br>SEARS, ROEBUCK AND CO., et al.<br>Defendants. | Case No. C-09-5744-CW<br>Class Action<br><br>STIPULATED REQUEST FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Civil Local Rule 16-10(c), (d) |

/ / / / /

---

**1**   WHEREAS, on December 7, 2009, this action was removed from California state court to
**2** this Court.

**3**   WHEREAS, on May 11, 2010, this Court issued a Minute Order granting Defendants'
**4** Motion to Stay Proceedings as to discovery [Dkt. 87].

**5**   WHEREAS, on July 21, 2010, this Court granted Defendants' Motion to Strike Class Action
**6** Allegations and granted Plaintiff leave to amend his complaint [Dkt. 104].

**7**   WHEREAS, on July 28, 2010, Plaintiff filed a First Amended Complaint [Dkt. 106].

**8**   WHEREAS, on September 3, 2010, this Court denied Defendants' Motion to Strike Class
**9** Allegations from Plaintiff's First Amended Complaint, and lifted the stay on discovery allowing
**10** Plaintiff to commence discovery on his class claims [Dkt 120].

**11**   WHEREAS, on September 14, 2010, a Case Management Conference was held and
**12** thereafter an Order was issued scheduling, *inter alia*, the completion of class discovery by April 29,
**13** 2011 and briefing/hearing schedule for Plaintiff's anticipated Motion for Class Certification with the
**14** next Case Management Conference scheduled for July 28, 2011 at 2:00 p.m. in Courtroom 2 of the
**15** above-entitled Court [Dkt. 126]. At the CMC hearing, the Court further scheduled the designation of
**16** experts for class certification by February 18, 2011.

**17**   WHEREAS, on November 2, 2010, the United States Court of Appeals for the Seventh
**18** Circuit reversed the ruling of the United States District Court for the Northern District of Illinois in
**19** *Thorogood v. Sears Roebuck & Co.* regarding a motion for a permanent injunction and remanded the
**20** case to the district court with instructions to issue an injunction. *Thorogood v. Sears, Roebuck &*
**21** *Co.,* Case No. 10-2407 (7th Cir. Nov. 2, 2010) (*Thorogood III*). A true and correct copy of the
**22** appellate decision was filed by Sears in this case on November 3, 2010 [Dkt 129-1]. (Judicial Notice
**23** is also requested under FRE 201 as a judicial record.) In so doing, the Seventh Circuit effectively
**24** reversed this District Court's denial of Defendants' Motion to Strike Class Allegations in the First
**25** Amended Complaint in the *Murray* case.

**26**   WHEREAS, on November 16, 2010, Plaintiff Thorogood filed a Petition for Rehearing (no
**27** initial hearing was held), with suggestion for rehearing *en banc* in *Thorogood III*.

**28**

Stipulated Request For Order Setting CMC
Case No. C-09-5744-CW

2

WHEREAS, on December 2, 2010, the United States Court of Appeals for the Seventh Circuit denied Plaintiff Thorogood's Petition for Rehearing in *Thorogood III*. A true and correct copy of the appellate order was filed by Sears in this case on December 3, 2010 [Dkt 131-1]. (Judicial Notice is also requested under FRE 201 as a judicial record.)

WHEREAS, pursuant to Civil Local Rule 16-10(c), Plaintiff hereby requests the Court to schedule a further Case Management Conference for January 25, 2011, with a Joint Case Management Conference Statement to be submitted by January 18, 2011 pursuant to Civil Local Rule 16-10(d). The purpose of such conference would be to discuss and seek the Court's guidance with respect to the status of this case in light of the ruling in *Thorogood III* and the injunction to be issued by the United States District Court for the Northern District of Illinois. Defendants do not object to that request.

## STIPULATION

NOW, THEREFORE, the parties hereby stipulate, by and through their undersigned attorneys of record, to an Order of the Court that:

1. The next Case Management Conference in this action shall be held on January 25, 2011 at 2:00 p.m. in Courtroom 2 of the above-entitled Court;

2. The parties shall file a Joint Case Management Statement no fewer than 7 days before the Case Management Conference.

Dated: December 20, 2010         __/s/ Mark Boling_____
                                  Mark Boling
                                  Attorneys for Plaintiff
                                  MARTIN MURRAY

| LAW OFFICE OF MARK BOLING | KRISLOV & ASSOCIATES, LTD. |
|---|---|
| Mark Boling, State Bar No. 101589 | Clinton A. Krislov / Eve-Lynn Rapp |
| maboling@earthlink.net | (*Pro Hac Vice*) |
| 21986 Cayuga Lane | clint@krislovlaw.com / eve@krislovlaw.com |
| Lake Forest, California 92630 | 20 North Wacker Drive, Suite 1350 |
| Telephone: (949) 588-9222 | Chicago, Illinois 60606 |
| Facsimile: (949) 588-7078 | Telephone: (312) 606-0500 |
|  | Facsimile: (312) 606-0207 |

| | |
|---|---|
| Dated: December 20, 2010 | __/s/ Philip M. Oliss_____<br>Philip M. Oliss<br>Attorneys for Defendant<br>SEARS, ROEBUCK AND CO. |

SQUIRE, SANDERS & DEMPSEY L.L.P.   SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789) /    Philip M. Oliss (OH Bar #0066528)
Julie E. Schwartz (CA Bar #260624)       poliss@ssd.com
  mdosker@ssd.com / jeschwartz@ssd.com   4900 Key Tower
275 Battery Street, Suite 2600        127 Public Square
San Francisco, California 94111       Cleveland, OH 44114
Telephone:  (415) 954-0200            Telephone:  (216) 479-8500
Facsimile:  (415) 393-9887            Facsimile:  (216) 479-8780


| | |
|---|---|
| Dated: December 20, 2010 | __/s/ Mark S. Mester_____<br>Mark S. Mester<br>Attorneys for Defendant<br>ELECTROLUX HOME PRODUCTS, INC. |

LATHAM & WATKINS LLP              LATHAM & WATKINS LLP
Darius Ogloza / Heather Thompson   Mark S. Mester / Livia M. Kiser (*Pro Hac Vice*)
  darius.ogloza@lw.com /              mark.mester@lw.com / livia.kiser@lw.com
  heather.thompson@lw.com          233 South Wacker Drive, Suite 5800
505 Montgomery Street, Suite 2000  Chicago, Illinois 60606
San Francisco, California 94111-6538  Telephone:  (312) 876-7700
Telephone:  (415) 391-0600         Facsimile:  (312) 993-9767
Facsimile:  (415) 395-8095

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: **12/20/2010**                           _____
                                                United States District Judge