IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS, ROEBUCK AND CO. and ELECTROLUX HOME PRODUCTS, INC.,<br><br>    Defendants.                       / | No. C 09-05744 CW<br><br>ORDER DENYING WITHOUT PREJUDICE DISCOVERY MOTIONS (Docket Nos. 82-85) |

    On January 25, 2011, the Court stayed all discovery in this action until further order of the Court.  Docket No. 135.  Therefore, the four pending discovery motions, Docket Numbers 82-85, are denied without prejudice to renoticing when the stay is lifted.

    IT IS SO ORDERED.


Dated: 3/28/2011

CLAUDIA WILKEN
United States District Judge