| | |
|---|---|
| 1 | LAW OFFICE OF MARK BOLING |
| | Mark Boling, State Bar No. 101589 |
| 2 | 21986 Cayuga Lane |
| | Lake Forest, California 92630 |
| 3 | Telephone: (949) 588-9222 |
| | Facsimile: (949) 588-7078 |
| 4 | Attorneys for Plaintiff |
| 5 | MARTIN MURRAY |
| | *(additional attorneys listed on signature page)* |
| 6 | |
| | LATHAM & WATKINS LLP |
| 7 | Mark S. Mester (*Pro Hac Vice*) |
| | Livia M. Kiser (*Pro Hac Vice*) |
| 8 | Kathleen P. Lally (*Pro Hac Vice*) |
| 9 | 233 South Wacker Drive, Suite 5800 |
| | Chicago, Illinois 60606 |
| 10 | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| 11 | Attorneys for Defendant |
| 12 | ELECTROLUX HOME PRODUCTS, INC. |
| | *(additional attorneys listed on signature page)* |
| 13 | |
| | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| 14 | Mark C. Dosker (CA Bar # 114789) |
| | Julie E. Schwartz (CA Bar # 260624) |
| 15 | 275 Battery Street, Suite 2600 |
| | San Francisco, California 94111 |
| 16 | Telephone: (415) 954-0200 |
| 17 | Facsimile: (415) 393-9887 |
| | Attorneys for Defendant |
| 18 | SEARS, ROEBUCK AND CO. |
| | *(additional attorneys listed on signature page)* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIN MURRAY, et al. | Case No. C-09-5744-CW |
| Plaintiff(s), | Class Action |
| v. | JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING DATE AND [~~PROPOSED~~] ORDER |
| SEARS, ROEBUCK AND CO., et al. | |
| Defendants. | Civil Local Rule 7-12 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Martin Murray and Defendants Sears, Roebuck and Co. and Electrolux Home Products, Inc. through their respective counsel as follows:

### RECITALS

1. On January 25, 2011, this Court continued the Case Management Conference to May 3, 2011 at 2:00 p.m. in Courtroom 2 of the above-entitled Court to allow for further developments regarding the issuance of an injunction against Plaintiff Murray and his attorneys in the case of *Thorogood v. Sears, Roebuck and Co.*, Case No. 06 CV 1999, U.S. District Court, Northern District of Illinois ("*Thorogood* Case"). The Court also stayed all discovery until further order.

2. Pursuant to a briefing schedule subsequently entered by the Court in the *Thorogood* Case, on February 18, 2010 Defendant Sears filed its Motion to Enter Permanent Injunction in the Northern District of Illinois. [*Thorogood* Dkt. 192].

3. On March 2, 2011, Plaintiff Murray, as co-petitioner with Steven Thorogood, filed a Petition for Writ of Certiorari with the U.S. Supreme Court in the case of *Thorogood vs. Sears, Roebuck & Co.*, Supreme Court Case No. 10-1087 ("*Petition*") challenging the decision and Opinion by the Court of Appeals in the case of *Thorogood v. Sears, Roebuck & Co.* (7th Cir. Nov. 2, 2010) (*Thorogood III*), which is the basis for the issuance of an injunction in the *Thorogood* Case.

4. On March 7, 2011, Plaintiff Thorogood filed his Response to Sears' Motion to Enter Permanent Injunction. [*Thorogood* Dkt. 196].

5. On March 21, 2011, Defendant Sears filed its Reply in Support of Motion to Enter Permanent Injunction. [*Thorogood* Dkt. 197].

6. On April 4, 2011, Defendant Sears filed its Response to said *Petition*, which is currently pending with the U.S. Supreme Court.

7. At present, the injunction in the *Thorogood* Case has not been issued.

8. In the interests of judicial economy, a continuance of Case Management Conference in the instant case is warranted because the issuance of an injunction in the *Thorogood* Case will affect the management of the instant case.

9. Based upon the foregoing recitals, it is hereby stipulated by the parties as follows:

**STIPULATION**

1. It is stipulated that the date for the Case Management Conference be continued from May 3, 2011 to June 21, 2011 at the same time and place.

[*Signatures on next page*]

Dated: April 13, 2011      __/s/ Mark Boling_____
                                            Mark Boling
                                            Attorneys for Plaintiff
                                            MARTIN MURRAY

| LAW OFFICE OF MARK BOLING | KRISLOV & ASSOCIATES, LTD. |
|---|---|
| Mark Boling, State Bar No. 101589 | Clinton A. Krislov / Eve-Lynn J. Rapp |
|   maboling@earthlink.net | (*Pro Hac Vice*) |
| 21986 Cayuga Lane |   clint@krislovlaw.com / eve@krislovlaw.com |
| Lake Forest, California 92630 | 20 North Wacker Drive, Suite 1350 |
| Telephone: (949) 588-9222 | Chicago, Illinois 60606 |
| Facsimile: (949) 588-7078 | Telephone: (312) 606-0500 |
|  | Facsimile: (312) 606-0207 |

Dated: April 13, 2011      __/s/ Mark C. Dosker_____
                                            Mark C. Dosker
                                            Attorneys for Defendant
                                            SEARS, ROEBUCK AND CO.

| SQUIRE, SANDERS & DEMPSEY (US) LLP | SQUIRE, SANDERS & DEMPSEY (US) LLP |
|---|---|
| Mark C. Dosker (CA Bar # 114789) / | Philip M. Oliss (OH Bar #0066528) |
| Julie E. Schwartz (CA Bar #260624) |   poliss@ssd.com |
|   mdosker@ssd.com / jeschwartz@ssd.com | 4900 Key Tower |
| One Maritime Plaza, Third Floor | 127 Public Square |
| San Francisco, California 94111 | Cleveland, OH 44114 |
| Telephone: (415) 954-0200 | Telephone: (216) 479-8500 |
| Facsimile: (415) 393-9887 | Facsimile: (216) 479-8780 |

Dated: April 13, 2011      __/s/ Mark S. Mester_____

| | |
|---|---|
| | Mark S. Mester |
| | Attorneys for Defendant |
| | ELECTROLUX HOME PRODUCTS, INC. |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| Darius Ogloza / Heather Thompson | Mark S. Mester / Livia M. Kiser / Kathleen P. |
|  darius.ogloza@lw.com / | Lally (*Pro Hac Vice*) |
|  heather.thompson@lw.com |  mark.mester@lw.com / livia.kiser@lw.com / |
| 505 Montgomery Street, Suite 2000 | kathleen.lally@lw.com |
| San Francisco, California 94111-6538 | 233 South Wacker Drive, Suite 5800 |
| Telephone: (415) 391-0600 | Chicago, Illinois 60606 |
| Facsimile: (415) 395-8095 | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |

### ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 4/15/2011

_____
United States District Judge

Joint Stipulation to Continue CMC
C-09-5744-CW

**ATTESTATION OF E-FILED SIGNATURE**

I, Eve-Lynn J. Rapp, am the ECF User whose ID and password were used to file the attached document. In compliance with General Order 45, X.B., I hereby attest that Mark Boling, Mark C. Dosker and Mark S. Mester concurred in that filing.

Dated on April 13, 2011 at Chicago, Illinois.  Respectfully submitted,

By: __/s/ Eve-Lynn J. Rapp_____
    Eve-Lynn J. Rapp
    Attorney for Plaintiff