IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY,<br><br>       Plaintiff,<br><br>   v.<br><br>SEARS, ROEBUCK AND CO., et al.,<br><br>       Defendants. | No. C 09-05744 CW<br><br>ORDER GRANTING<br>MOTION TO WITHDRAW<br>AS ATTORNEY<br>(Docket No. 144) |

   Livia M. Kiser filed a Motion to Withdraw as Attorney for Electrolux. Having considered the papers filed, and good cause appearing, the Court hereby GRANTS the motion.

   IT IS SO ORDERED.

Dated: 7/12/2011

CLAUDIA WILKEN
United States District Judge