UNITED STATES DISTRICT COURT

Northern District of California

MARTIN MURRAY,

          Plaintiff,

  v.

SEARS, ROEBUCK AND CO. and
ELECTROLUX HOME PRODUCTS, INC.,

          Defendants.
_____/

No. C 09-05744 CW (MEJ)

**ORDER RE DISCOVERY DISPUTE (Dkt. No. 155)**

    Before the Court is a joint discovery dispute letter filed on July 3, 2012 by Plaintiff Martin Murray and Defendant Sears, Roebuck and Co. Dkt. No. 155. The letter concerns Plaintiff's Third Set of Interrogatories (Nos. 24-25), which seek discovery related to laundry dryers listed for sale by Sears with a purported stainless steel drum. Upon review of the parties' letter, the Court finds the request relevant and GRANTS Plaintiff's request to compel production. However, as Plaintiff has offered to limit the scope of its requests, (Joint Letter at 2(c)), the parties shall meet and confer for the purpose of reaching an agreed-upon scope of discovery based upon Plaintiff's limitation offer.

    **IT IS SO ORDERED.**

Dated: July 9, 2012

                                                                     Maria-Elena James
                                                                     Chief United States Magistrate Judge