IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY, | No. C 09-5744 CW |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME (Docket No. 176) |
| v. | |
| SEARS, ROEBUCK AND CO., et al., | |
| Defendants. | |

On December 17, 2012, Defendants filed an administrative motion seeking a two-week extension to file their response to Plaintiff's motion for class certification. Plaintiff opposes the motion and requests an extension of the deadline for class certification expert discovery. Having reviewed the parties' papers, the Court grants Defendants' motion in part and denies it in part.

Defendants set forth three basic reasons for requesting an extension of time: first, the lengthy evidentiary record on which Plaintiff's class certification motion relies; second, the unavailability of Plaintiff's class certification expert for a deposition before the new year; and third, the limited availability of Defendants' counsel and experts during the holiday season. Plaintiff argues that Defendants' concerns do not justify an extension of time and notes that Defendants agreed to the current briefing schedule three months ago. See Docket No. 160, Stipulation to Extend Deadlines. The Court finds that Defendants' concerns, particularly as to the availability of Plaintiff's expert for a deposition, are legitimate; however, they could be

adequately addressed by a one-week extension of time. Accordingly, Defendants' deadline to file their response and Plaintiff's deadline to file his reply are both extended by one week. The motion hearing and case management conference will be continued one week to accommodate the modified briefing schedule.

In addition, the deadline for class certification expert discovery is extended by five weeks to ensure that Plaintiff has adequate time to take discovery of Defendants' class certification expert. Without this extension, the deadline for class certification expert discovery would elapse before Defendants were required to designate their class certification experts.

The new schedule is as follows:

January 18, 2013: Defendants' response to Plaintiff's class certification motion is due.

January 18, 2013: Defendants must designate any class certification experts.

February 8, 2013: Class certification expert discovery ends.

February 21, 2013: Plaintiff's reply in support of his motion for class certification is due.

March 7, 2013: The parties will file a joint case management statement in accordance with Civil Local Rule 16-9.

March 14, 2013: Plaintiff's motion for class certification will be heard and a case management conference will be held.

IT IS SO ORDERED.

Dated: 12/27/2012

CLAUDIA WILKEN
United States District Judge

2