IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS, ROEBUCK AND CO., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-5744 CW<br><br>ORDER STRIKING DEFENDATS' SEPARATE EVIDENTIARY OBJECTIONS (Docket No. 189) |

On January 18, 2013, Defendants Sears, Roebuck and Co. and Electrolux Home Products, Inc., filed their twenty-five page opposition to Plaintiff Martin Murray's motion for class certification. Docket No. 188. Defendants concurrently filed a separate nine-page document, styled as a "Motion to Strike," consisting of objections to evidence that Plaintiff submitted in support of his motion for class certification. Docket No. 189.

Civil Local Rule 7-3(a) provides that, when a party files an opposition to a motion, "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum," which may not exceed twenty-five pages of text. In violation of Rule 7-3, Defendants have filed their evidentiary objections separately from their brief. Further, between the two documents, Defendants have filed thirty-four pages of text.

Accordingly, the Court STRIKES Defendants' separate evidentiary objections (Docket No. 189). Defendants are granted leave to amend and refile their opposition to Plaintiff's class certification motion, incorporating any evidentiary objections they wish to raise, within seven days of the date of this Order.

1  Defendants' amended opposition shall not exceed twenty-five pages.
2  Plaintiff's deadline to file his reply brief will remain February
3  21, 2013.
4     IT IS SO ORDERED.

6  Dated: 1/23/2013

CLAUDIA WILKEN
United States District Judge