| | |
|---|---|
| 1 | SQUIRE SANDERS (US) LLP |
| | Mark C. Dosker (CA Bar # 114789) |
| 2 | mark.dosker@squiresanders.com |
| | 275 Battery Street, Suite 2600 |
| 3 | San Francisco, CA 94111 |
| | Telephone: +1.415.954.0200 |
| 4 | Facsimile: +1.415.393.9887 |

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
(*additional attorneys listed on signature page*)

LATHAM & WATKINS LLP
Svetlana M. Berman (CA Bar # 239445)
svetlana.berman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.
(*additional attorneys listed on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY, individually, on behalf of the General Public and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a corporation; ELECTROLUX HOME PRODUCTS, INC., a corporation; DOES 1-100,<br><br>Defendants. | Case No. C-09-5744-CW<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER DENYING PLAINTIFF MURRAY'S MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF PAGES FOR CLASS CERTIFICATION REPLY**<br><br>Civil Local Rule 7-11 |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

[Proposed] Order Denying Plaintiff Murray's Motion for
Administrative Relief for Extension of Pages for Class
Certification Reply

Case No. CV-09-5744-CW

| | |
|---|---|
| 1 | The motion for administrative of relief (Dkt. 204) (the "Motion") of Plaintiff Martin |
| 2 | Murray ("Plaintiff"), filed pursuant to Civil Local Rule 7-11, seeking to extend the page length |
| 3 | limit applicable under the Local Rules to Plaintiff's forthcoming Reply in support of the Motion |
| 4 | for Class Certification (Dkt. 167), came before the Court. Having considered the record and the |
| 5 | arguments of all parties' counsel, IT IS HEREBY ORDERED THAT the Motion is DENIED. |

**IT IS SO ORDERED.**

Dated: _____February 15_____, 2013

_____
Hon. Claudia Wilken
United States District Judge

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

[Proposed] Order Denying Plaintiff Murray's Motion for Administrative Relief for Extension of Pages for Class Certification Reply

-1-

Case No. CV-09-5744-CW