SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar # 114789)
 mark.dosker@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
(*additional attorneys listed on signature page*)


LATHAM & WATKINS LLP
Svetlana M. Berman (CA Bar # 239445)
 svetlana.berman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.
(*additional attorneys listed on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY, individually, on behalf of the General Public and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a corporation; ELECTROLUX HOME PRODUCTS, INC., a corporation; DOES 1-100,<br><br>Defendants. | Case No. C-09-5744-CW<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER DENYING PLAINTIFF MURRAY'S MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF PAGES FOR CLASS CERTIFICATION REPLY**<br><br>Civil Local Rule 7-11 |

[Proposed] Order Denying Plaintiff Murray's Motion for Administrative Relief for Extension of Pages for Class Certification Reply

Case No. CV-09-5744-CW

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

The motion for administrative of relief (Dkt. 204) (the "Motion") of Plaintiff Martin Murray ("Plaintiff"), filed pursuant to Civil Local Rule 7-11, seeking to extend the page length limit applicable under the Local Rules to Plaintiff's forthcoming Reply in support of the Motion for Class Certification (Dkt. 167), came before the Court. Having considered the record and the arguments of all parties' counsel, IT IS HEREBY ORDERED THAT the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____February 15_____, 2013

_____
Hon. Claudia Wilken
United States District Judge

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

[Proposed] Order Denying Plaintiff Murray's Motion for Administrative Relief for Extension of Pages for Class Certification Reply

-1-

Case No. CV-09-5744-CW