IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MURRAY,

       Plaintiff,

  v.

SEARS, ROEBUCK AND CO., et al.,

       Defendants.
_____/

No. C 09-5744 CW

ORDER DENYING MOTION FOR EXTENSION OF TIME (Docket No. 214)

On March 7, 2013, Plaintiff moved for an extension of time to respond to Defendants' objection to his reply evidence. The local rules do not allow parties to respond to objections to reply evidence without first obtaining leave of the Court, see Civil L.R. 7-3(d), and the Court will not grant Plaintiff leave to file such a response here. Accordingly, the motion is DENIED.

IT IS SO ORDERED.

Dated: 3/12/2013

CLAUDIA WILKEN
United States District Judge