IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MURRAY, on behalf of
himself and all others similarly
situated,

      Plaintiff,

  v.

SEARS, ROEBUCK AND CO., et al.,

      Defendants.

_____/

No. C 09-5744 CW

ORDER DENYING
MOTION TO STRIKE
ERRATA
(Docket No. 208)

Defendants Sears, Roebuck and Co. and Electrolux Home Products, Inc. have filed a motion to strike the deposition errata sheet of Plaintiff Martin Murray's expert, Lisa Thomas. Having considered the papers filed by the parties, the Court DENIES the motion. The original testimony as well as the errata may be considered by the fact-finder.

    IT IS SO ORDERED.

Dated: 10/10/2013

CLAUDIA WILKEN
United States District Judge