IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURRAY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO., et al.,<br><br>    Defendants. | No. C 09-5744 CW<br><br>ORDER DENYING MOTION TO STRIKE ERRATA<br>(Docket No. 208) |

Defendants Sears, Roebuck and Co. and Electrolux Home Products, Inc. have filed a motion to strike the deposition errata sheet of Plaintiff Martin Murray's expert, Lisa Thomas. Having considered the papers filed by the parties, the Court DENIES the motion. The original testimony as well as the errata may be considered by the fact-finder.

IT IS SO ORDERED.

Dated: 10/10/2013

CLAUDIA WILKEN
United States District Judge