KRISLOV & ASSOCIATES, LTD.
Clinton A. Krislov (*Pro Hac Vice*)
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Telephone:  (312) 606-0500
Facsimile:  (312) 606-0207
Attorneys for Plaintiff
MARTIN MURRAY
*(additional attorneys listed on signature page)*

LATHAM & WATKINS LLP
Mark S. Mester (*Pro Hac Vice*)
Kathleen P. Lally (*Pro Hac Vice*)
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.
*(additional attorneys listed on signature page)*

SQUIRE PATTON BOGGS (US) LLP
Philip M. Oliss (*Pro Hac Vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  (216) 479-8500
Facsimile:  (216) 479-8780
Attorneys for Defendant
SEARS, ROEBUCK AND CO.
*(additional attorneys listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN MURRAY, et al.<br>　　　　Plaintiff(s),<br><br>　　　　v.<br><br>SEARS, ROEBUCK AND CO., et al.<br>　　　　Defendants. | Case No. C-09-5744-CW<br><br>**JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

　　　Pursuant to an agreement between the Parties, it is hereby stipulated and agreed by and between Plaintiff Martin Murray and Defendants Sears, Roebuck and Co. and  Electrolux Home Products, Inc. by their respective attorneys that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned

---

action is dismissed with prejudice and with each party to bear its own attorney fees and costs in the action.

    Dated:  October 17, 2014            __/s/ Clinton A. Krislov_____
                                                      Clinton A. Krislov
                                                      Attorneys for Plaintiff
                                                      MARTIN MURRAY

| | |
|---|---|
| LAW OFFICE OF MARK BOLING | KRISLOV & ASSOCIATES, LTD. |
| Mark Boling, State Bar No. 101589 | Clinton A. Krislov / Kenneth T. Goldstein |
|   maboling@earthlink.net | (*Pro Hac Vice*) |
| 21986 Cayuga Lane |   clint@krislovlaw.com / ken@krislovlaw.com |
| Lake Forest, California 92630 | 20 North Wacker Drive, Suite 1300 |
| Telephone:  (949) 588-9222 | Chicago, Illinois 60606 |
| | Telephone:  (312) 606-0500 |
| | Facsimile:  (312) 606-0207 |

    Dated: October 17, 2014            __/s/ Philip M. Oliss_____
                                                      Philip M. Oliss
                                                      Attorneys for Defendant
                                                      SEARS, ROEBUCK AND CO.

| | |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP | SQUIRE PATTON BOGGS (US) LLP |
| Mark C. Dosker (CA Bar # 114789) | Philip M. Oliss / Bruce Khula (*Pro Hac Vice*) |
|   mark.dosker@squirepb.com |   philip.oliss@squirepb.com |
| 275 Battery Street, Suite 2600 |   bruce.khula@ssquirepb.com |
| San Francisco, California 94111 | 4900 Key Tower |
| Telephone:  (415) 954-0200 | 127 Public Square |
| Facsimile:  (415) 393-9887 | Cleveland, OH 44114 |
| | Telephone:  (216) 479-8500 |
| | Facsimile:  (216) 479-8780 |

    Dated: October 17, 2014            __/s/ Kathleen P. Lally_____
                                                      Kathleen P. Lally
                                                      Attorneys for Defendant
                                                      ELECTROLUX HOME PRODUCTS, INC.

| | |
|---|---|
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| Shahab Asghar (CA Bar # 269232)) | Mark S. Mester / Kathleen P. Lally (*Pro Hac Vice*) |
|   shahab.asghar@lw.com | |
| 505 Montgomery Street, Suite 2000 |   mark.mester@lw.com /kathleen.lally@lw.com |
| San Francisco, California 94111-6538 | 330 North Wabash Ave., Suite 2800 |
| Telephone:  (415) 391-0600 | Chicago, Illinois 60611 |
| Facsimile:  (415) 395-8095 | Telephone:  (312) 876-7700 |
| | Facsimile:  (312) 993-9767 |